April 29, 2020

VIA ELECTRONIC FILING

Honorable Noel L. Hillman, U.S.D.J.
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 3A
Camden, NJ 08101

**Re:** ***New Jersey Department of Environmental Protection, et al. v. E. I. du Pont de Nemours and Company, et al.,*** **Docket No. 19-14765 (NLH) (JS)**

Dear Judge Hillman:

As a courtesy to the Court, we are writing to inform you that yesterday Judge Shipp issued an Order and Memorandum Opinion denying the State of New Jersey, Department of Environmental Protection's ("NJDEP") Motion to Remand in *New Jersey Department of Environmental Protection, et al. v. E. I. du Pont de Nemours and Company, et al.,* Docket No. 19-14767 (MAS) (ZNQ).  As you are aware, this case is related to the above-referenced case pending before Your Honor, both of which are stayed pending decisions on the Motions to Remand that were filed by NJDEP in both actions.

For your convenience, we have attached copies of the Order and Memorandum Opinion issued by Judge Shipp.

Very truly yours,

John J. McAleese III

JJM:drw

Enclosures

cc:    Honorable Joel Schneider, U.S.M.J. (via email)
       Counsel of Record (via ECF)