# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE 250 PEHLE AVE. STE. 401 SADDLE BROOK N.J. 07663   201-845-9600   FAX 201-845-9423

**Leonard Z. Kaufmann, Esq.**
lzk@njlawfirm.com

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

*※ORDER ※*

May 4, 2021

**Via ECF and First-Class Mail**
Hon. James B. Clark III, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
MLK Jr. Federal Building & Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102

Re:   *NJ Dept. of Envir. Protection, et al. v. E.I. DuPont De Nemours and Co., et al.*
      Civil Action No.: 2:19-cv-14758-JMV-JBC
      Civil Action No.: 1:19-cv-14766-RMB-JS
      Civil Action No.: 3:19-cv-14767-MAS-ZNQ
      Civil Action No.: 1:19-cv-14765-NHL-JS

Dear Magistrate Judge Clark:

We represent plaintiffs in the above-named matters. This letter is being submitted jointly on behalf of all parties.

A status conference is currently scheduled for May 11. We respectfully request a one week adjournment. Some counsel from both sides have a conflict. Additionally, there are ongoing discovery discussions which would benefit from an additional week before presenting to the court.

If there is no available time, we will retain the May 11 date.

We thank the court for its consideration in this matter.

Respectfully submitted,

/s/Leonard Z. Kaufmann
Leonard Z. Kaufmann

LZK:ez

cc:   All Counsel of Record *(via ECF)*

*The telephone conference is adjourned to May 18, 2021 at 11:00 AM.*

SO ORDERED
s/*James B. Clark*
James B. Clark, U.S.M.J.
Date: 5/4/2021